UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DANNY J. BONILLA,

                Petitioner,

        -against-

JANE/JOHN DOE,

                Respondent.

22-CV-2075 (LTS)

ORDER DIRECTING PAYMENT OF FEE OR IFP APPLICATION

LAURA TAYLOR SWAIN, Chief United States District Judge:

      Petitioner, who is proceeding *pro se*, brings this petition for a writ of *habeas corpus*. To proceed with a petition for a writ of *habeas corpus* in federal court, a petitioner must either pay the $5.00 filing fee or, to request authorization to proceed without prepayment of the fee, submit a signed *in forma pauperis* (IFP) application. *See* 28 U.S.C. §§ 1914, 1915.

      Petitioner submitted the first page of the IFP application but not the second page. The partial IFP application that the Court received is nearly blank, and the application is unsigned. Within thirty days of the date of this order, Petitioner must either pay the $5.00 filing fee or complete and submit the attached amended IFP application. If Petitioner submits the IFP application, it should be labeled with docket number 22-CV-2075 (LTS) and be signed. If the Court grants the IFP application, Petitioner will be permitted to proceed without prepayment of fees. *See* 28 U.S.C. § 1915(a)(1).

      No answer shall be required at this time. If Petitioner fails to comply with this order within the time allowed, the action will be dismissed.

      The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore *in forma pauperis* status is denied for the purpose of an

appeal. *Cf. Coppedge v. United States*, 369 U.S. 438, 444–45 (1962) (holding that appellant demonstrates good faith when seeking review of a nonfrivolous issue).

SO ORDERED.

Dated:   April 5, 2022
         New York, New York

                                  /s/ Laura Taylor Swain
                                  LAURA TAYLOR SWAIN
                                  Chief United States District Judge