UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

DANNY J. BONILLA,

                    Petitioner,

      -against-

JANE/JOHN DOE,

                    Respondents.

22-CV-2075 (LTS)

ORDER OF DISMISSAL

---

LAURA TAYLOR SWAIN, Chief United States District Judge:

      By order dated April 5, 2022, the Court directed Plaintiff, within thirty days, to submit a completed request to proceed *in forma pauperis* ("IFP application") or pay the fee required to file a civil action in this court. That order specified that failure to comply would result in dismissal of the petition for a writ of *habeas corpus* under 28 U.S.C. § 2241. Plaintiff has not filed an IFP application or paid the fee. Accordingly, the petition is dismissed without prejudice. *See* 28 U.S.C. §§ 1914, 1915.

      The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore IFP status is denied for the purpose of an appeal. *Cf. Coppedge v. United States*, 369 U.S. 438, 444-45 (1962) (holding that an appellant demonstrates good faith when he seeks review of a nonfrivolous issue).

SO ORDERED.

Dated:   May 16, 2022
          New York, New York

                                                      /s/ Laura Taylor Swain
                                                           LAURA TAYLOR SWAIN
                                                Chief United States District Judge