UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DANNY J. BONILLA,

                              Petitioner,

                -against-

JANE/JOHN DOE,

                              Respondents.

22-CV-2075 (LTS)

CIVIL JUDGMENT

Pursuant to the order issued May 16, 2022, dismissing the petition,

IT IS ORDERED, ADJUDGED AND DECREED that the petition is dismissed without prejudice under Rule 41(b) of the Federal Rules of Civil Procedure for failure to comply with the Court's order.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated:    May 16, 2022
          New York, New York

                                        /s/ Laura Taylor Swain
                                        LAURA TAYLOR SWAIN
                                        Chief United States District Judge